UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

ALAN V. SATTERWHITE,                        :     Civil Action No. 1:18-cv-12206-LAP

                          Plaintiff,         :

                                             :     **NOTICE OF APPEARANCE**

      -against-                              :

                                             :

FARR-ON-FILM, LLC,                           :

                          Defendant.         :

                                             :
---------------------------------------------------------------- x

PLEASE TAKE NOTICE that the undersigned attorney, Thomas Kjellberg, of Cowan,

Liebowitz & Latman, P.C., enters his appearance in the above-captioned matter as counsel for

Defendant Farr-On-Film, LLC and requests that all notices, pleadings, and orders entered in this

matter be sent to the undersigned.


Dated: January 24, 2019

                                    Respectfully submitted,

                                    COWAN, LIEBOWITZ & LATMAN, P.C.

                                    By: _____
                                          Thomas Kjellberg
                                    114 West 47th Street
                                    New York, New York 10036
                                    (212) 790-9200
                                    txk@cll.com

                                    *Attorney for Farr-On-Film, LLC*