

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY  10036-1525

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Thomas Kjellberg**
(212) 790-9202
txk@cll.com

January 28, 2019

<u>Via ECF</u>

Hon. Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

  Re: Satterwhite v. Farr-On-Film, LLC
     Civil Action No. 18-cv-12206

Dear Judge Preska:

  We represent defendant Farr-On-Film, LLC ("Farr-On-Film").  We write to request an extension of time from February 1, 2019 until March 4, 2019 for Farr-On-Film to answer or otherwise respond to the complaint.

  No prior request for extension has been made by Farr-On-Film.  Counsel for plaintiff has consented to this request.

  We thank the Court for its consideration.

          Respectfully submitted,

          Thomas Kjellberg

cc:  R. Terry Parker, Esq.

00001/592/1556696