

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY  10036-1525

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Thomas Kjellberg**
(212) 790-9202
txk@cll.com

January 28, 2019



**Via ECF**

Hon. Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    Satterwhite v. Farr-On-Film, LLC
             Civil Action No. 18-cv-12206

Dear Judge Preska:

    We represent defendant Farr-On-Film, LLC ("Farr-On-Film").  We write to request an extension of time from February 1, 2019 until March 4, 2019 for Farr-On-Film to answer or otherwise respond to the complaint.

    No prior request for extension has been made by Farr-On-Film.  Counsel for plaintiff has consented to this request.

    We thank the Court for its consideration.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
1/29/19

Respectfully submitted,

Thomas Kjellberg

cc: R. Terry Parker, Esq.

00001/592/1556696